UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| Huhtamaki, Inc., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No.  26-01385

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

## PROTEST

| | | Center (if known): | |
|---|---|---|---|
| Port(s) of Entry: | Atlanta (Port Code 1704) | | CEE008 Consumer Products and Mass Merchandising |
| Protest Number: | 170426107167 | Date Protest Filed: | 10/01/2025 |
| Importer: | Huhtamaki, Inc. | Date Protest Denied: | 10/31/2025 |
| Category of Merchandise: | Plates of molded bamboo pulp | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| STL-0058893-8 | 05/28/2024 | 04/25/2025 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jennifer M. Smith-Veluz
Butzel Long P.C.
1909 K Street, NW
Suite 860
Washington, DC 20006
smithveluz@butzel.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Plates, bowls, and clamshell containers of molded bamboo pulp | 9903.88.03 | 25% | 9903.88.67 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

U.S. Customs and Border Protection ("CBP") decided that the merchandise was subject to the section 301 duty specified in subheading 9903.88.03 of the Harmonized Tariff Schedules of the United States ("HTSUS") under 19 U.S.C. § 1514(a)(2). The protest claimed that the merchandise was subject to Section 301 duty exclusions provided in U.S. Note 20(ttt)(ii)(53) and (54) and subheading 9903.88.67, HTSUS.

The issue which was common to all such denied protests:

Applicability of Section 301 duty exclusions under U.S. Note 20(ttt)(iii)(53) and (54) and subheading 9903.88.67, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jennifer M. Smith-Veluz
_____
*Signature of Plaintiff's Attorney*

03/03/2026
_____
*Date*

## SCHEDULE OF PROTESTS

CEE008 Consumer Products and Mass Merchandising
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 040125103285 | 04/30/2025 | 01/18/2026 | ARV65373404<br>ARV65373297<br>ARV65373206<br>ARV65373263<br>ARV65373248<br>ARV65373230<br>ARV65373222 | 12/07/2023<br>12/04/2023<br>12/04/2023<br>12/04/2023<br>12/04/2023<br>12/04/2023<br>12/04/2023 | 11/01/2024<br>11/01/2024<br>11/01/2024<br>11/01/2024<br>11/01/2024<br>11/01/2024<br>11/01/2024 | 0401<br>1703<br>4102<br>4102<br>4102<br>1703<br>1703 |
| 040125103290 | 05/21/2025 | 01/18/2026 | ARV65374279<br>ARV65374287<br>ARV65374295<br>ARV65374071<br>ARV65374105<br>ARV65374097<br>ARV65374089<br>ARV65374147<br>ARV65374154<br>ARV65374410<br>ARV65374378<br>ARV65374337<br>ARV65374527<br>ARV65374642<br>ARV65374667 | 12/26/2023<br>12/26/2023<br>12/26/2023<br>12/19/2023<br>12/22/2023<br>12/22/2023<br>12/19/2023<br>12/20/2023<br>12/19/2023<br>12/30/2023<br>12/27/2023<br>12/26/2023<br>01/02/2024<br>01/03/2024<br>01/03/2024 | 11/22/2024<br>11/22/2024<br>11/22/2024<br>11/22/2024<br>11/22/2024<br>11/22/2024<br>11/22/2024<br>11/22/2024<br>11/22/2024<br>11/29/2024<br>11/29/2024<br>11/29/2024<br>11/29/2024<br>11/29/2024<br>11/29/2024 | 0401<br>0401<br>0401<br>1703<br>1703<br>1703<br>1703<br>4102<br>4102<br>1703<br>4102<br>4102<br>4102<br>4102<br>4102 |
| 040125103304 | 07/02/2025 | 01/18/2026 | ARV65376357<br>ARV65376340<br>ARV65376324<br>ARV65376373<br>ARV65376696<br>ARV65376365<br>ARV65376563<br>ARV65376555<br>ARV65376548 | 02/05/2024<br>02/05/2024<br>02/02/2024<br>02/05/2024<br>02/08/2024<br>02/05/2024<br>02/07/2024<br>02/07/2024<br>02/07/2024 | 01/03/2025<br>01/03/2025<br>01/03/2025<br>01/03/2025<br>01/03/2025<br>01/03/2025<br>01/03/2025<br>01/03/2025<br>01/03/2025 | 0401<br>0401<br>0401<br>4102<br>4102<br>4102<br>4102<br>4102<br>4102 |
| 040125103305 | 07/09/2025 | 01/18/2026 | ARV65376852<br>ARV65376860<br>ARV65377009<br>ARV65376712<br>ARV65376720<br>ARV65376845<br>ARV65377025<br>ARV65377207<br>ARV65377181<br>ARV65377017<br>ARV65377173<br>ARV65377397<br>ARV65377520<br>ARV65377462<br>ARV65377470<br>ARV65377454<br>ARV65377587<br>ARV65377678<br>ARV65378163<br>ARV65378015<br>ARV65378007<br>ARV65378056<br>ARV65378155 | 02/12/2024<br>02/12/2024<br>02/13/2024<br>02/08/2024<br>02/09/2024<br>02/09/2024<br>02/16/2024<br>02/19/2024<br>02/19/2024<br>02/13/2024<br>02/16/2024<br>02/19/2024<br>02/20/2024<br>02/22/2024<br>02/22/2024<br>02/22/2024<br>02/22/2024<br>02/23/2024<br>03/05/2024<br>03/03/2024<br>03/03/2024<br>03/04/2024<br>03/05/2024 | 01/10/2025<br>01/10/2025<br>01/10/2025<br>01/10/2025<br>01/10/2025<br>01/17/2025<br>01/17/2025<br>01/17/2025<br>01/17/2025<br>01/17/2025<br>01/17/2025<br>01/17/2025<br>01/24/2025<br>01/24/2025<br>01/24/2025<br>01/24/2025<br>01/24/2025<br>01/24/2025<br>01/31/2025<br>01/31/2025<br>01/31/2025<br>01/31/2025<br>01/31/2025 | 0401<br>0401<br>0401<br>4102<br>4102<br>4102<br>0401<br>0401<br>0401<br>1703<br>0401<br>4102<br>4102<br>0401<br>0401<br>0401<br>4102<br>4102<br>4102<br>0401<br>0401<br>0401<br>4102 |
| 040125103309 | 08/19/2025 | 01/18/2026 | ARV65379237<br>ARV65379229<br>ARV65379252<br>ARV65378494<br>ARV65378791<br>ARV65379245<br>ARV65379195<br>ARV65379203<br>ARV65378999<br>ARV65379005<br>ARV65378981<br>ARV65378973 | 03/25/2024<br>03/25/2024<br>03/25/2024<br>03/12/2024<br>03/22/2024<br>03/25/2024<br>03/25/2024<br>03/25/2024<br>03/26/2024<br>03/26/2024<br>03/26/2024<br>03/26/2024 | 02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025<br>02/21/2025 | 0401<br>0401<br>0401<br>4102<br>0401<br>0401<br>1703<br>0401<br>0401<br>0401<br>0401<br>0401 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## SCHEDULE OF PROTESTS

CEE008 Consumer Products and Mass Merchandising

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 170325117245 | 06/10/2025 | 01/18/2026 | ARV65375151 | 01/14/2024 | 12/13/2024 | 1703 |
| | | | ARV65375169 | 01/13/2024 | 12/13/2024 | 1703 |
| | | | ARV65375177 | 01/13/2024 | 12/13/2024 | 1703 |
| | | | ARV65375433 | 01/18/2024 | 12/13/2024 | 4102 |
| | | | ARV65375284 | 01/16/2024 | 12/13/2024 | 4102 |
| | | | ARV65375292 | 01/16/2024 | 12/13/2024 | 4102 |
| | | | ARV65375300 | 01/16/2024 | 12/13/2024 | 4102 |
| | | | ARV65375326 | 01/16/2024 | 12/20/2024 | 0401 |
| | | | ARV65375318 | 01/16/2024 | 12/20/2024 | 0401 |
| | | | ARV65375474 | 01/19/2024 | 12/20/2024 | 0401 |
| | | | ARV65375466 | 01/18/2024 | 12/20/2024 | 0401 |
| | | | ARV65375680 | 01/23/2024 | 12/20/2024 | 0401 |
| | | | ARV65375714 | 01/24/2024 | 12/20/2024 | 4102 |
| | | | ARV65375615 | 01/22/2024 | 12/20/2024 | 1703 |
| | | | ARV65375417 | 01/17/2024 | 12/20/2024 | 4102 |
| | | | ARV65375748 | 01/24/2024 | 12/20/2024 | 4102 |
| | | | ARV65375722 | 01/24/2024 | 12/20/2024 | 4102 |
| | | | ARV65375730 | 01/24/2024 | 12/20/2024 | 4102 |
| | | | ARV65375854 | 01/26/2024 | 12/20/2024 | 4102 |
| | | | ARV65376183 | 01/31/2024 | 12/27/2024 | 0401 |
| | | | ARV65376019 | 01/30/2024 | 12/27/2024 | 0401 |
| | | | ARV65375961 | 01/30/2024 | 12/27/2024 | 0401 |
| | | | ARV65375953 | 01/29/2024 | 12/27/2024 | 0401 |
| 170325117326 | 08/25/2025 | 01/18/2026 | ARV65379468 | 04/01/2024 | 02/28/2025 | 1703 |
| | | | ARV65379278 | 03/25/2024 | 02/28/2025 | 4102 |
| | | | ARV65379328 | 03/25/2024 | 02/28/2025 | 4102 |
| | | | ARV65379336 | 03/25/2024 | 02/28/2025 | 4102 |
| | | | ARV65379286 | 03/25/2024 | 02/28/2025 | 4102 |
| | | | ARV65379484 | 03/28/2024 | 02/28/2025 | 4102 |
| 410225103324 | 05/06/2025 | 01/18/2026 | ARV65373255 | 12/04/2023 | 11/08/2024 | 4102 |
| | | | ARV65373271 | 12/04/2023 | 11/08/2024 | 4102 |
| | | | ARV65373289 | 12/04/2023 | 11/08/2024 | 4102 |
| | | | ARV65373412 | 12/05/2023 | 11/08/2024 | 4102 |
| | | | ARV65373479 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373487 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373495 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373503 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373511 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373529 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373537 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373545 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373552 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373560 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373578 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373586 | 12/08/2023 | 11/08/2024 | 0401 |
| | | | ARV65373594 | 12/08/2023 | 11/08/2024 | 4102 |
| | | | ARV65373628 | 12/11/2023 | 11/08/2024 | 0401 |
| | | | ARV65373636 | 12/11/2023 | 11/08/2024 | 0401 |
| | | | ARV65373644 | 12/11/2023 | 11/08/2024 | 0401 |
| | | | ARV65373651 | 12/11/2023 | 11/08/2024 | 4102 |
| | | | ARV65373677 | 12/11/2023 | 11/08/2024 | 4102 |
| | | | ARV65373693 | 12/11/2023 | 11/08/2024 | 0401 |
| | | | ARV65373727 | 12/14/2023 | 11/08/2024 | 0401 |
| | | | ARV65373743 | 12/12/2023 | 11/08/2024 | 4102 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## SCHEDULE OF PROTESTS

CEE008 Consumer Products and Mass Merchandising

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 410225103327 | 06/04/2025 | 01/18/2026 | ARV65375136<br>ARV65375144<br>ARV65374675<br>ARV65375219<br>ARV65374980<br>ARV65374964<br>ARV65374972<br>ARV65374931<br>ARV65374956<br>ARV65375003<br>ARV65374949<br>ARV65375037<br>ARV65375029<br>ARV65375045<br>ARV65375276 | 01/12/2024<br>01/12/2024<br>01/06/2024<br>01/15/2024<br>01/09/2024<br>01/09/2024<br>01/09/2024<br>01/08/2024<br>01/09/2024<br>01/08/2024<br>01/12/2024<br>01/09/2024<br>01/11/2024<br>01/15/2024 | 12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024 | 4102<br>4102<br>1703<br>0401<br>0401<br>0401<br>0401<br>0401<br>0401<br>0401<br>0401<br>0401<br>1703<br>0401<br>4102 |
| 410225103342 | 08/04/2025 | 01/18/2026 | ARV65378502<br>ARV65378346<br>ARV65378445<br>ARV65379310<br>ARV65379260<br>ARV65379302<br>ARV65378809<br>ARV65379211<br>ARV65378817 | 3/12/2024<br>3/07/2024<br>3/11/2024<br>3/25/2024<br>3/28/2024<br>3/25/2024<br>3/22/2024<br>3/25/2024<br>3/22/2024 | 2/07/2025<br>2/07/2025<br>2/07/2025<br>2/21/2025<br>2/21/2025<br>2/21/2025<br>2/21/2025<br>2/21/2025<br>3/07/2025 | 4102<br>4102<br>4102<br>0401<br>0401<br>0401<br>0401<br>0401<br>0401 |
| 410225103355 | 09/02/2025 | 01/18/2026 | ARV65379906<br>ARV65379872<br>ARV65379898<br>ARV65379856<br>ARV65380235<br>ARV65380631<br>ARV65380466<br>ARV65380425<br>ARV65380433 | 04/08/2024<br>04/08/2024<br>04/10/2024<br>04/10/2024<br>04/16/2024<br>04/25/2024<br>04/22/2024<br>04/22/2024<br>04/22/2024 | 3/14/2025<br>3/14/2025<br>3/14/2025<br>3/21/2025<br>3/21/2025<br>3/21/2025<br>3/21/2025<br>3/21/2025<br>03/28/2025 | 4102<br>4102<br>0401<br>0401<br>4102<br>4102<br>4102<br>4102<br>4102 |
| 040125103315 | 09/24/2025 | 01/18/2026 | ARV65380417<br>ARV65380615<br>ARV65380482<br>ARV65380607<br>ARV65380599<br>ARV65381068<br>ARV65380821<br>ARV65380979 | 04/24/2024<br>04/25/2024<br>04/22/2024<br>04/25/2024<br>04/25/2024<br>05/07/2024<br>04/30/2024<br>05/03/2024 | 03/28/2025<br>03/28/2025<br>03/28/2025<br>04/04/2025<br>04/04/2025<br>04/04/2025 | 0401<br>0401<br>4102<br>4102<br>4102<br>4102<br>4102<br>4102 |
| 040125103314 | 09/22/2025 | 1/25/2026 | 231-2778173-5<br>231-2778656-9<br>231-2778296-4<br>231-2778826-8<br>231-2778575-1<br>231-2778600-7 | 05/11/2024<br>05/14/2024<br>05/12/2024<br>05/15/2024<br>05/27/2024<br>05/27/2024 | 04/11/2025<br>04/11/2025<br>04/04/2025<br>04/11/2025<br>04/25/2025<br>04/25/2025 | 0401<br>0401<br>0401<br>0401<br>4601<br>4601 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)