FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Jennifer M. Smith-Veluz
(Name of attorney of record)

on behalf of HUHTAMAKI, INC. in the matter of HUHTAMAKI, INC. v. UNITED STATES, Court No. 26-01385.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Huhtamaki, Inc. is an incorporated business and is 100% owned by Huhtamaki Americas, Inc., which in turn is 100% owned by parent company, Huhtamäki Oyj, a publicly listed company on Nasdaq, Helsinki Ltd. exchange.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Jennifer M. Smith-Veluz
Signature of Attorney

Butzel Long, P.C.
Firm

1909 K St NW Suite 860
Street Address

Washington, DC 20006
City, State and Zip Code

202-454-2885
Telephone Number

smithveluz@butzel.com
E-mail Address

March 3, 2026
Date

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)